USCA1 Opinion

 

 June 24, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1502 JOSE QUINONES-PITA, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr, and Lynch, Circuit Judges. ______________ ____________________ Jose Quinones-Pita on brief pro se. __________________ Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco, ______________ ______________________ Assistant United States Attorney, and Nelson Perez-Sosa, Assistant _________________ United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We affirm essentially for the reasons stated in the district court's opinion and order, dated March 15, 1995. Affirmed. _________ -2-